RECEIVED
USDC CLERK, COLUMBIA, SC
2026 JUL 24 PM 12: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

James Darnell Scott #269988

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Miguel Cleveland; Dewayne Hingleton; John Doe

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 0:26-cv-01733-SAC-PJG
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James Darnell Scott

All other names by which you have been known:

ID Number: 269988

Current Institution: McCormick Correctional Inst.

Address: 386 Redemption Way
McCormick, S.C. 29899

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Miguel Cleveland

Job or Title (if known): Lt./CERT Team Commander

Shield Number: Unknown

Employer: Broad River Correctional Inst.

Address: 4460 Broad River Rd.
Columbia, S.C. 29210

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Dewayne Hingleton

Job or Title (if known): Major at all times relevant in Complaint

Shield Number: Unknown

Employer: Broad River Correctional Inst.

Address: 4460 Broad River Road
Columbia, S.C. 29210

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: John Doe (Only Know last name not first)

Job or Title (if known): Luietenant at all times relevant in Complaint

Shield Number: UnKnown

Employer: Broad River Correctional Inst.

Address: 4460 Broad River Road
Columbia, S.C. 29210

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name

Job or Title (if known)

Shield Number

Employer

Address

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment to the U.S. Constitution
Fourteenth Amendment to the U.S. Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants were employed by the South Carolina Dept. of Corrections at all times relevant in the complaint

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* ______________________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

All events occurred between May 2025 - Sept 2025
All events occurred at the Broad River Corr. Inst.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Approximate time the events occurred was between the time line of May 2025 - Sept. 2025

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attachments

D. Facts in support of Amended Complaint... Continued from Pg. 5.

(1) In a civil action in the United States District Court (This Court). I submitted a Declaration on behalf of another inmate named Juan Mendez (C.A. 6:19-539-DCC-KFM; Doc, 83-3) In my sworn declaration I declared that I witnessed Defendant Miguel Cleveland and another officer beating and Kicking Inmate Juan Mendez. I submitted that declaration in 2020, that same year I was transferred from Broad River Corr. Inst. So I have not seen Miguel Cleveland since 2020. But of course that Changed in April 2025. I was transferred back to the Broad River C.I. and Miguel Cleveland and the other officer still were employed there. Defendant Miguel Cleveland remembered my face and my name. When he seen that I had came back to Broad River C.I. he called me a snitch, brought up the Juan Mendez case and threatened to retaliate against me for writing that declaration or "snitching" as he called it. I didn't break any rules my activity in that case (C.A. 6:19-539-DCC-KFM) was protected activity, it was constitutionally protected, I did not think he would still remember that after so many years I personally had forgotten about it until he brought it up. Miguel Cleveland did not forget, in fact he was holding that grudge for over five years, he made it clear he was going to retaliate against me for that Declaration. That came out of his own mouth. On September 24, 2025 Mr. Rice, BRCI Counsel Substitute / Inmate representative presented me with three charges and three incident reports. One of those reports was fraudlently, frabricated by Miguel Cleveland. What really happened that day and what he fabricated is completely two different stories. You can tell by reading the incident report that he was using descriptions that a skilled novelist like John Grisham or Robert Patterson would use in writing a fiction novel. It was all lies, none of it was true. Miguel Cleveland would not have wrote a false incident report exaggerating the events with intentions of causing me the greatest punishment. He did it because he was angry

at me for writing that Declaration, so called "Snitching" him out to the Court for his illegal conduct, He retaliated by Fabricating a false report as a result that fabricated report caused me to loss my visitation and phone priviledge for 150 days, this happen during a time when my mother had just passed away, So you can imagine how the lost of Such priviledges during such a time could impact me, not only that I was placed on solitary confinement. Miguel Cleveland retaliated against me for exercising a Constitutionally, protected right and the adverse actions effected me and my family and loved ones, The above facts is what I have supporting my Retaliation and First Amendment Violation claim against Miguel Cleveland.

(2) Dewayne Hingleton on August 28th 2025 aided and abetted with Miguel Cleveland. These two defendants are best friends, when you see Dewayne Hingleton, Miguel Cleveland is right behind him. They have a close bond. Nothing wrong with that, but because of their close relationship, Dewayne Hingleton looked for any little reason to punish me. The song "Tick Tick" that I was Singing by Hothead Youngin, had cultural and expressive Significance. Its what we call a "pain" song. He's a young African American who grew up in poverty, mothers a drug addict and father's a deadbeat. He's expressing his pain through music, Tick Tick was the sound of a clock because he believed that his time was coming, that he would die an early death. He actually says this in the song, Dewayne Hingleton did not incorrectly assume that I was inciting other inmates. He lied and conspired with Miguel Cleveland to create a plausible story that would put me in the position I am now, A man with his hands behind his back has no intention to put up any resistance at all. I had no reason too. I was just hurting, in pain about losing my sole Supporter, the only woman I ever truly did love, Thats

why I was singing that song. I was using music to heal. My mental health Counselors say music is therapuetic and they encourage me to sing and listen to it if its going to aid the healing process. I did not disrespect him I used vulgar language when he told the officers to lock me up, I said "here lock me up I don't give a f___" I apologized because I was trying to be the bigger man. Dewayne Hingleton not only locked me behind a Steel door in solitary confinement for engaging in constitutionally protected conduct, but he went even further and deprived me of my hygiene needs and prevented change of clothes, on top of that he fabricated his report to add believability to his best friend report "Miguel Cleveland. They all conspired together, all of their reports are piggy backing off the other. They thought this through, it ~~was~~ wasn't a coincident it was plan. The video recording of that day will refute all three defendants incident reports. These are my facts supporting my claim against Dewayne Hingleton.

(3) John Doe, is Lt. Allen, I don't Know his full name but I call him "John Doe" until I discover his official name. He went along with the other two defendants. He Knew they were wrong. He Knew by writing up that lie and fraudlent report that I would be harmed and that my Constitutional rights were being violated. He had more than one reasonable opportunity to prevent the harm by simply telling the truth in his report, But he chose not to do so. Instead he joined in with the other two defendants. He's liable under Bystander liability To this very day I'm still on lock-down in a Solitary Confinement cell. I have had no disciplinaries since those fabricated reports. The harm hasnt stopped. Its Continuing.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of Defendants actions, my vision has gotten much worser than it was before. Prior to Defendants actions I had an appointment with a eye specialist, because I was transferred to the Broad River Secure Facility, my appointment had to be rescheduled and thus delayed. Till this day I'm still waiting. My mental anguish and anxiety have excerbated also since Defendants actions

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

monetary damages compensation for pain and Suffering and anxiety and anguish $20,000
Declaratory Judgement that my Constitutional rights were violated
Punitive Damages $10,000

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Broad River Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Retaliation in violation of First Amend.
Due-Process violation of 14th Amend.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Broad River Correctional Institution

2. What did you claim in your grievance?

I was retaliated against in violation of my First Amendment.
I was not provided with adequate Due Process and denied Substantive Due Process

3. What was the result, if any?

Denied/ Unavailable Remedies
Unavailable/ Denied Remedies

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The Grievance Process completed, but I currently have an appeal pending in the South Carolina Court of Appeals, Appealing The ALC Decision

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I filed grievances on all of my complaints

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I informed Warden at BRCI, I informed Office of Inspector General, Inmate Grievance Branch and Deputy Director of Operations located at SCDC Headquarter. No response

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

All the issues raised in this complaint, not only was grieved, but I also notified Prison officials of my grievance to no avail

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) James Darnell Scott

Defendant(s) South Carolina Dept. of Corrections

2. Court *(if federal court, name the district; if state court, name the county and State)*

Fifth Judicial Circuit, Richland County

3. Docket or index number

Not available yet

4. Name of Judge assigned to your case

None has been assigned yet

5. Approximate date of filing lawsuit

June 14th 2026 if memory serves me right.

6. Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition. ______________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

I have not received a case number or been assigned a Judge. Pending

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ____________________

Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

____________________

3. Docket or index number

____________________

4. Name of Judge assigned to your case

____________________

5. Approximate date of filing lawsuit

____________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ______________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

______________

______________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 15, 2026

Signature of Plaintiff James D. Scott
Printed Name of Plaintiff James Darnell Scott
Prison Identification # 269988
Prison Address McCormick Correctional Inst.
386 Redemption Way, McCormick, SC. 29899
City State Zip Code

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ______________
Printed Name of Attorney ______________
Bar Number ______________
Name of Law Firm ______________

Address ______________________________

Telephone Number ______________________________

E-mail Address ______________________________