James Darnell Scott
McCormick Corr. Inst.
386 Redemption Way
McCormick, SC 29899

RECEIVED USDC CLERK, COLUMBIA, SC 2026 JUL 24 PM 2:15

July 16, 2026

Clerk of Courts Office
United States District Court
District of South Carolina
901 Richland Street
Columbia, S.C. 29201

R.E: James Darnell Scott v. Miguel Cleveland et. al.
0:26-cv-01733-SAC-PJG

Please find enclosed the Amended Complaint in proper Form pursuant to Court Order dated July 2, 2026. I only received 1 U.S. Marshall Form. I need two more and I need a nother Summons Form. I am requesting that you file the Amended Complaint along with my attachments, Declaration and attachments with the Court and as soon as you send me the other 2 US Marshall Forms and Summons I'll send it back as well for filing ASAP. Thank you in advance.

With best regards,

James D Scott