James Darnell Scott #269988

Plaintiff

vs.

Miguel Cleveland, Dewayne Hingleton, John Doe

Defendants

IN THE UNITED STATES DIST. COURT FOR THE DIST. OF SOUTH CAROLINA

USDC CLERK, COLUMBIA, SC
2026 JUL 24

Case No: 0:26-CV-01733-SAC-PJG

DECLARATION IN SUPPORT OF COMPLAINT

I James Darnell Scott #269988, do hereby declare under the penalty of perjury that all of the facts that is contained in my Amended complaint are true and correct and are based upon my personal Knowledge. I also declare that the Honorable Paige J. Gossett, Magistrate Judge signed a "Proper Form Order" on July 2, 2026. The envenloupe containing that Order was post marked on July 2, 2026. But I did not receive this order until July 15th 2026, I also declare that I did not receive another Summons form to fill out and I only received one US Marshall Form, but I need three because I have three Defendants. So along with this Declaration and Amended complaint which I am submitting for filing on July 16, 2026, I have included a letter to the Honorable Clerk of this Honorable Court to supply me with a Summons form and two more US Marshal forms. I will fill those forms out and mail them out as soon as I recieve them.

All of the above-mentioned Facts is true and correct and based on Personal Knowledge.

EXECUTED at McCormick, South Carolina
DATE: JULY 16, 2026

James D. Scott
James Darnell Scott 269988