James Darnell Scott # 269988
McCormick Correctional Inst. RHU-B22
386 Redemption Way
McCormick, S.C. 29899

US POSTAGE PITNEY BOWES
ZIP 29899 $ 002.56⁰
02 4W
0000378390 JUL 21 2026

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 JUL 24 PM 12:16

United States District Court
District of South Carolina
901 Richland Street
Columbia, S.C. 29201

ITEM X-RAYED BY USMS
Signature Date 7-24-26

RECEIVED
JUL 20 2026
MCCI MAILROOM

THE DEP[illegible]TMENT OF CORR[illegible]
INSP[illegible] CENSORS THIS [illegible]
THE D[illegible]
FOR ITS CONTENTS

McCORMICK [illegible]
S.C. DEP[illegible]